## Cain et al. *v.* The State.

From the Morgan Circuit Court.

*J. V. Mitchell* and *J. H. Jordan*, for appellants.

*J. C. Denny*, Attorney General, for the State.

Downey, C. J.—One of the questions in this case grows out of the refusal of the court to allow separate trials to the defendants. The question and the manner of its presentation are the same as in *Trisler* v. *The State*, 39 Ind. 473. On the authority of that case, the judgment in this case must be reversed.

The judgment is reversed, and the cause remanded, with instructions to grant separate trials.